

FILED
CLERK, U.S. DISTRICT COURT
AUG 20 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. CR 95-00823-R , . |
|---|---|
| Plaintiff, | |
| v. | |
| LUIS ENRIQUE TANORY, | **ORDER OF DETENTION AFTER HEARING** |
| Defendant. | [F.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this district pursuant to a no bail warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the present allegations (which include multiple violations), the Court's concerns regarding illegal substance abuse

by defendant, his failure to proffer bail resources to mitigate the risk of flight, and defendant's lack of community and other significant ties to the Central District of California.

and

B. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendants' criminal history involving drugs, his illegal substance abuse, and the nature of the present allegations (which include multiple allegations of drug use).

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: August 20, 2015.

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE